IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>CINDIA HERNANDEZ,<br><br>  Defendant. | No. 1:14CR00273-001 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on October 13, 2015, to Time Served (36 days),

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, October 14, 2015, to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

Dated: October 13, 2015

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1