HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
CINDIA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-cr-00273 LJO-1 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE ) STATUS CONFERENCE |
| vs. | ) ) DATE:   February 4, 2016 |
| CINDIA HERNANDEZ, | ) TIME:    1:30 p.m. ) JUDGE: Hon. Erica P. Grosjean |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for February 9, 2016 may be advanced to February 4, 2016 at 1:30 p.m.

This advancement of the court date is at the request of the defense as due to a recent medical diagnosis, Ms. Hernandez is desirous of admitting the violation of her supervised release and being sentenced as soon as possible.  Counsel for the government, as well as the United States Probation Officer Rick Tarazon, have no objection to the requested advancement.

/ / /

/ / /

/ / /

/ / /

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 2, 2016 | By: /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 2, 2016 | By: /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CINDIA HERNANDEZ |

**O R D E R**

For the reasons presented in the parties' stipulation, this Court orders that the status conference in the above-captioned matter now set for February 9, 2016 may be advanced to February 4, 2016 at 1:30 p.m.

IT IS SO ORDERED.

Dated: **February 2, 2016**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE